**SO ORDERED: May 29, 2019.**



_____
Jeffrey J. Graham
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF03505R (rev 12/2018)

In re:

**Rosalind Nuckols**,
       Debtor.

Case No. **16–02755–JJG–7**

### ORDER ON MOTION TO REOPEN BANKRUPTCY CASE

A Motion to Reopen Bankruptcy Case was filed on May 23, 2019, by Debtor Rosalind Nuckols.

**IT IS ORDERED** that the Motion to Reopen Bankruptcy Case is **GRANTED** and that this case is reopened.

###